# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATH & BODY WORKS, INC., a Delaware ☐ Corporation,<br><br>PLAINTIFF(S)<br>v.<br>SPECTRUM COSMETICS CORP., d/b/a/ ☐ FRAGRANCE HOUSE, a California corporation.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV08-00772** R FMOx<br><br><br>**SUMMONS** |

TO:     THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Jean A. Hobart
_____, whose address is:

TUCKER ELLIS & WEST LLP☐
515 South Flower Street☐
Forty-Second Floor☐
Los Angeles, CA 90071

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated: ___FEB - 5 2008_____

By: ___NATALIE LONGORIA_____
                Deputy Clerk

                *(Seal of the Court)*

                1198

Jean A. Hobart (S.B. # 146993)
j.hobart@tuckerellis.com
Bart L. Kessel (S.B. #125080)
bart.kessel@tuckerellis.com
Anne Swoboda Cruz (S.B. # 229819)
anne.cruz@tuckerellis.com
TUCKER, ELLIS & WEST LLP
515 South Flower Street
Forty Second Floor
Los Angeles, California 90071
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409

Frank J. Colucci (*Will Apply for Admission Pro Hac Vice*)
fcolucci@colucci-umans.com
David M. Dahan (*Will Apply for Admission Pro Hac Vice*)
ddahan@colucci-umans.com
COLUCCI & UMANS
218 East 50th Street
New York, New York 10022
Telephone:  (212) 935-5700
Facsimile:  (212) 935-5728

Attorneys for Plaintiff,
Bath & Body Works, Inc.

**FILED**

2008 FEB -5  PM 2:43

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BATH & BODY WORKS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM COSMETICS CORP., d/b/a/ FRAGRANCE HOUSE, a California corporation.<br><br>Defendant. | Civil Action No.<br><br>**CV08-00772** R FMOx<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, BATH & BODY WORKS, INC., by its attorneys, as and for its complaint against Defendant, SPECTRUM COSMETICS CORP. d/b/a/ FRAGRANCE HOUSE ("Defendant" or "Spectrum"), alleges as follows:

LAimanage/97000/00002/603279/1

## THE PARTIES

1.      Plaintiff, Bath & Body Works, Inc. ("Plaintiff" or "BBW"), is a Delaware corporation, having its principal office and place of business at Seven Limited Parkway East, Reynoldsburg, Ohio 43068.  BBW owns and operates over 1,500 BATH & BODY WORKS retail stores nationwide and its own website, www.bathandbodyworks.com, which sell a wide range of personal care, wellness and beauty products.

2.      Upon information and belief, Defendant, Spectrum Cosmetics Corp. d/b/a/ Fragrance House ("Defendant" or "Spectrum"), is a California corporation, having its principal office and place of business at 6636 East 26th Street, Los Angeles, California 90040.  Spectrum is an online retailer of fragrances and personal care products.

## JURISDICTION AND VENUE

3.      Jurisdiction of this Court, for the causes of action of patent infringement, trade dress and trademark infringement, and unfair competition, arises under the patent and trademark laws of the United States, namely, 35 U.S.C. §1 et seq.; the Trademark Act of July 5, 1946, commonly referred to as the Lanham Act, 15 U.S.C. § 1051, et. seq., pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).  Jurisdiction of this Court for the related claims of common law trade dress and trademark infringement, statutory and common law unfair competition and violations of the California Business & Professions Code is pursuant to 28 U.S.C. § 1338(b) and 28 U.S.C. § 1367, and the principles of supplemental jurisdiction.

4.      This Court has personal jurisdiction over Defendant on the grounds that it is doing business in this judicial district, has committed the acts set forth in this complaint in this district, derives substantial revenue from intrastate and interstate commerce, and has committed acts within and without this district

COMPLAINT

having injurious consequences within this district.

5.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because Defendant resides in this district, and pursuant to § 1391(b) because a substantial part of the events giving rise to the causes of action set forth herein have occurred in this district.

## FACTS COMMON TO ALL COUNTS

### Bath & Body Works

6.     Since long prior to the acts of Defendant as alleged herein, BBW, owner of the famous BATH & BODY WORKS trademark, has used its BATH & BODY WORKS trademark both domestically and internationally in connection with the manufacture and sale of personal care, wellness and beauty products, such as soaps, lotions, creams, shower gels, fragrances, face care products, gift sets, home fragrances, candles and potpourri.  BBW's brand name products are sold and distributed primarily through its approximately 1,500 BATH & BODY WORKS retail stores located throughout the United States and by sales through its website worldwide.  The BATH & BODY WORKS brand identifies BBW as the source of these goods and assures consumers of the high level of quality, design, appeal and customer satisfaction with which BBW's brands have become synonymous.  As a result, BBW, with sales in excess of $2.5 billion in fiscal year 2006, has become an acknowledged category leader and a dominant market brand.

### Spectrum Cosmetics

7.     Upon information and belief, Spectrum advertises, offers for sale and sells fragrances and personal care products, including perfume, cologne, cosmetics, shampoo, body cream, body splash, hand gel, and shower gel, under the trade names "Spectrum Cosmetics" and "Fragrance House."

- 3 -

COMPLAINT

8.     The aforesaid products of Defendant are available for purchase on its website, which is accessible through both the www.fragrancehouse.com and www.spectrumcosmetics.com web addresses.  In addition, Defendant advertises and promotes its products at trade shows.

**BBW's Design Patents**

9.     On February 25, 1997, U.S. Design Patent No. Des. 378,193 entitled "Pair Of Surface Details For An Oval Bottle" was duly and legally issued (the "Surface Details Design Patent") to BBW.  BBW's Surface Details Design Patent discloses and claims an ornamental design for a fragrance bottle.  A true and accurate copy of BBW's Surface Details Design Patent is annexed hereto, and incorporated herein by reference as Exhibit 1.

10.     On December 17, 1996, U.S. Design Patent No. Des. 376,541 entitled "Oval Bottle" was duly and legally issued (the "Oval Bottle Design Patent") to BBW.  BBW's Oval Bottle Design Patent discloses and claims an ornamental design for a fragrance bottle.  A true and accurate copy of BBW's Oval Bottle Design Patent is annexed hereto, and incorporated herein by reference as Exhibit 2.

11.     On June 4, 1996, U.S. Design Patent No. Des. 370,413 entitled "Cap For Bottle" was duly and legally issued (the "Cap Bottle Design Patent") to BBW.  BBW's Cap Bottle Design Patent discloses and claims an ornamental design for a fragrance bottle.   A true and accurate copy of BBW's Cap Bottle Design Patent is annexed hereto, and incorporated herein by reference as Exhibit 3.

12.     The Oval Bottle Design Patent, Surface Details Design Patent and Cap Bottle Design Patent are collectively referred to herein as the "BBW Design Patents."  Color photographs of an actual BBW Product that embodies the BBW Design Patents are attached hereto, and incorporated herein by reference as Exhibit 4.

COMPLAINT

LAimanage/97000/00002/603279/1

**The BBW Trade Dresses**

*The Grip Bottle Trade Dress (Exhibit 4)*

13.     In or about 1995, BBW adopted a unique and distinctive trade dress for its shower gel products sold in interstate commerce throughout the United States, which includes the following features: 1) the clear plastic bottle body revealing the color of the product inside; 2) the ridged grip surface that indent the sides of the bottle near the top; 3) the shape of the circular, translucent bottle cap that expands to a wider circumference at top and contains a ridged press tab; and 4) a translucent rectangular product label with a distinct appearance as follows: i) corporate identity (BBW) on the top line, followed on the line below with sub-brand (*e.g.*, PLEASURES); ii) artfully-stylized photography of the flavors or scents in the product extending to the bottom of the label; and iii) the products' respective marks (*e.g.*, WHITE TEA AND GINGER), and then, separated by a thick line, the generic product name is displayed (*e.g.*, "shower gel") (hereinafter the "Grip Bottle Trade Dress").  A color photograph of the Grip Bottle Trade Dress is attached hereto as Exhibit 4.

*The Tube Trade Dress (Exhibit 5)*

14.     In or about 2001, BBW adopted a unique and distinctive trade dress for its body cream products sold in interstate commerce throughout the United States, which includes the following features: 1) vertical clear tube revealing the color of the product inside; 2) banded top of the tube colored to match the color of the product; 3) circular, translucent tube cap that covers the tube's full circumference; 4) a translucent product label printed directly on the tube itself with a distinct appearance as follows: i) corporate identity (BBW) on the top line, followed on the line below with sub-brand (*e.g.*, PLEASURES); ii)  the products' respective marks (*e.g.*, WARM VANILLA SUGAR), and then, separated by a thick line, the generic product name is displayed (*e.g.*, "body cream"); and iii) artfully-

- 5 -

LAimanage/97000/00002/603279/1

stylized photography of the flavors or scents in the product (hereinafter the "Tube Trade Dress"). A color photograph of the Tube Trade Dress is attached hereto, and incorporated herein by reference as Exhibit 5.

*The Splash Bottle Trade Dress (Exhibit 6)*

15.    In or about 1997, BBW adopted a unique and distinctive trade dress for its body splash products sold in interstate commerce throughout the United States, which includes the following features: 1) oblong, clear bottle with inverted sloping top revealing the color of the product inside; 2) circular, translucent bottle cap with matching pump spray; and 3) a vertical, rectangular product label with a distinct appearance as follows: i) corporate identity (BBW) on the top line, followed on the line below with sub-brand (*e.g.*, PLEASURES); ii) the products' respective marks (*e.g.*, CUCUMBER MELON), and then, separated by a thick line, the generic product name is displayed (*e.g.*, "body splash"); and iii) artfully-stylized photography of the flavors or scents in the product (hereinafter the "Splash Bottle Trade Dress"). A color photograph of the BBW Splash Bottle Trade Dress is attached hereto, and incorporated herein by reference as Exhibit 6.

*The Soap Bottle Trade Dress (Exhibit 7)*

16.    In or about 1999, BBW adopted a unique and distinctive trade dress for its hand soap products sold in interstate commerce throughout the United States, which includes the following features: 1) a four-sided, vertical clear bottle that angles towards the right from front to back; 2) a circular pump dispenser in a color that matches the color of the soap within; and 3) a rectangular product label with a distinct appearance as follows: i) corporate identity (BBW) on the top line, ii) followed below with artfully-stylized photography of the flavors or scents in the product the sub-brand (*e.g.*, PLEASURES); then followed below by the products' respective marks (*e.g.*, SWEET PEA), and 4) the generic product name. (hereinafter the "Soap Bottle Trade Dress"). A color photograph of the BBW Soap Bottle Trade

- 6 -

LAimanage/97000/00002/603279/1

Dress is attached hereto, and incorporated herein by reference as Exhibit 7.

\*    \*    \*

17.    BBW's Grip Bottle Trade Dress, Tube Trade Dress, Splash Bottle Trade Dress and its Soap Bottle Trade Dress are collectively referred to as the "BBW Trade Dresses."

18.    The features that comprise the BBW Trade Dresses are inherently distinctive, non-functional and have acquired secondary meaning as a result of which the public and the trade have come to identify BBW as the source and origin of personal care products bearing such trade dresses, and to distinguish them from similar products of others.

19.    The BBW Trade Dresses have been offered for sale and sold through BATH & BODY WORKS retail stores throughout the United States as well as on the BBW website at www.bathandbodyworks.com on and in connection with BBW's most popular scents such as CHERRY BLOSSOM, WARM VANILLA SUGAR, WHITE TEA AND GINGER, CUCUMBER MELON, and SWEET PEA.

**The BBW Trademark**

20.    BBW is the owner of U.S. trademark Registration No. 3,251,004, for BATH & BODY WORKS CLASSICS and circular seal design, issued June 12, 2007 for personal care products, namely, body lotion, body cream, fragrant body splash and shower gel ("BATH & BODY WORKS CLASSICS Mark"). A true and accurate copy of U.S. Registration No. 3,251,004 is annexed hereto, and incorporated herein by reference as Exhibit 8.

21.    BBW's BATH & BODY WORKS CLASSICS Mark has acquired a valuable reputation and goodwill as a means by which both the public and the trade have come to identify and associate the BATH & BODY WORKS CLASSICS Mark with BBW as the source or origin of such goods.

- 7 -

LAimanage/97000/00002/603279/1

22.     The shower gel, body cream, body splash and hand soap products sold by BBW that embody the BBW Design Patents as well as the BBW Trade Dresses are referred to collectively herein as the "BBW Products."

**Spectrum And Its Unlawful and Fraudulent Activities**

23.     Among the items offered for sale on Defendant's website are personal care products that infringe the BBW Design Patents, BBW Trade Dresses and the BATH & BODY WORKS CLASSICS Mark owned by BBW as set forth above. These infringing products identify Defendant as the source of the products and are also sold under the trade name "Chicphia." The products feature and include such variations as "Country Apple," "Vanilla Sugar," "Cherry Blossom," "Cucumber Melon," "White Tea and Ginger," and "Sweety Pea" shampoo, body cream, body splash, hand gel, and shower gel, which virtually replicate BBW's COUNTRY APPLE, WARM VANILLA SUGAR, CHERRY BLOSSOM, CUCUMBER MELON, WHITE TEA AND GINGER and SWEET PEA, which are among BBW's most popular scents of its personal care products (hereinafter the "Spectrum Infringements"). True and accurate copies of examples of the Spectrum Infringements are annexed hereto, and incorporated herein as Exhibit 9.

24.     Upon information and belief, Defendant deliberately and intentionally copied the claimed designs of the BBW Design Patents and the BBW Trade Dresses by including each and every one of the protected features of the BBW Design Patents as well as the distinctive features of the BBW Trade Dresses in the Spectrum Infringements. Further, Defendant has copied various elements of the BBW Trade Dresses in varying combinations in each of the individual Spectrum Infringements, such that the overall appearance of each of the individual Spectrum Infringements creates an overall appearance that is likely to be confused with the genuine BBW Products bearing the BBW Trade Dresses. Moreover, Defendant deliberately and intentionally adopted and offered goods bearing a

- 8 -

"Health & Beauty Body Essentials/Spectrum Cosmetics" black circular seal that is confusingly similar to BBW's registered BATH & BODY WORKS CLASSICS Mark with circular seal design. Color copies of photographs depicting representative examples of the products having the claimed designs of the BBW Design Patents and the BBW Trade Dresses alongside the corresponding virtually indistinguishable Spectrum Infringements are annexed hereto, and incorporated herein by reference as Exhibit 10.

25. As part of its slavish copying of the BBW Products, Defendant has even gone as far as to replicate the tagline used by BBW on its products that indicates the product is "infused with" real or natural "extracts" in the exact same location on the Spectrum Infringements as it appears on the BBW Products.

26. Upon information and belief, Defendant, acting in concert with overseas manufacturers, the identity of which are presently unknown to BBW, manufactured the Spectrum Infringements by purchasing genuine BBW Products that featured the BBW Design Patents and the BBW Trade Dresses. Then, upon further information and belief, Defendant shipped the products to an overseas manufacturer, all with the express purpose of having the BBW Design Patents and the BBW Trade Dresses copied *verbatim* and then manufactured in bulk. Thereafter, Defendant caused the Spectrum Infringements to be imported into the United States for sale to the consuming public.

27. Upon information and belief, all of Defendant's Spectrum Infringements are, in fact, of a quality far inferior to products sold by BBW, including the BBW Products.

28. Upon further information and belief, the Spectrum Infringements violate numerous regulations established by the Food, Drug & Cosmetics Act ("FDCA"), 21 U.S.C. § 301 et seq., as they apply to cosmetic skin care products. For example, the ingredient declarations on the rear labels of the

COMPLAINT

Spectrum Infringements fail to identify the colorants that were used to make the particular color of the body creams, shower gels and body splashes within.  Further, the Spectrum Infringements fail to identity the country of origin of the products in violation of the FDCA.

29.    Upon information and belief, Defendant's violations of the FDCA as set forth herein potentially pose a threat to public health and public safety.

30.    Further, in addition to threatening the health and safety of the public at large, Defendant's violations of the FDCA are particularly damaging to BBW and its reputation as a purveyor of the highest quality and safest personal care products because consumers may be confused into purchasing the Spectrum Infringements in the mistaken belief that they emanate from, are affiliated with, or are sponsored by BBW, and therefore comply with all applicable federal regulations as well as being safe for use, which they are not.  In addition, such violations render the Spectrum Infringements subject to seizure by the Food & Drug Administration ("FDA"), which would compound the foregoing harm to BBW.

31.    Defendant has advertised the Spectrum Infringements to the trade at trade shows in the United States and sold the Spectrum Infringements to the general public through its website (www.spectrumcosmetics.com) as well as a catalog, which features various of the Spectrum Infringements sold together as gift sets.  True and accurate copies of Defendant's website and catalog that feature the Spectrum Infringements are annexed hereto, and incorporated herein as Exhibit 11.

32.    The acts and conduct of Defendant as set forth herein represent a calculated and intentional plan or scheme to trade off the goodwill of BBW and its products by wholesale replication of BBW's products, the BBW Design Patents, the BBW Trade Dresses and the BBW Trademarks and with the knowledge that the Spectrum Infringements will be mistaken or confused with genuine BBW products.

- 10 -

COMPLAINT

33.     All of Defendant's acts as set forth herein were and are continuing to be performed without the authorization, license or permission of BBW, and were and are being performed in deliberate, intentional and/or reckless disregard of BBW's rights.  Further, as a result of all of Defendant's acts as alleged herein, BBW has and continues to suffer substantial injury and damage, and has lost gains, profits and/or advantages, which it would otherwise have obtained, but for Defendant's acts.

## COUNT I
## PATENT INFRINGEMENT NO. 1

34.     BBW repeats and incorporates herein by reference each and every one of the allegations contained in paragraphs 1 through 12 and 23 through 33 inclusive of this complaint with the same force and effect as if herein again set forth in detail.

35.     Defendant is offering for sale on its website and selling personal care products that are colorable imitations of the claimed design of the BBW patent Des. 378,193 ("BBW Surface Details Design Patent").

36.     Defendant has committed acts of infringement of the BBW Oval Bottle Surface Details Design Patent, in violation of 35 U.S.C. §271.

## COUNT II
## PATENT INFRINGEMENT NO. 2

37.     BBW repeats and incorporates herein by reference each and every one of the allegations contained in paragraphs 1 through 12 and 23 through 33 inclusive of this complaint with the same force and effect as if herein again set forth in detail.

38.     Defendant is offering for sale on its website and selling personal care products that are colorable imitations of the claimed design of the BBW patent Des. 376,541 ("BBW Oval Bottle Design Patent").

COMPLAINT

LAimanage/97000/00002/603279/1

39.     Defendant has committed acts of infringement of the BBW Oval Bottle Design Patent, in violation of 35 U.S.C. §271.

**COUNT III**

**PATENT INFRINGEMENT NO. 3**

40.     BBW repeats and incorporates herein by reference each and every one of the allegations contained in paragraphs 1 through 12 and 23 through 33 inclusive of this complaint with the same force and effect as if herein again set forth in detail.

41.     Defendant is offering for sale on its website and selling personal care products that are colorable imitations of the claimed design of the BBW patent Des. 370, 413 ("BBW Cap Bottle Design Patent").

42.     Defendant has committed acts of infringement of the BBW Cap Design Patent, in violation of 35 U.S.C. §271.

**COUNT IV**

**FEDERAL TRADE DRESS INFRINGEMENT**

43.     BBW repeats and incorporates herein by reference each and every one of the allegations contained in paragraphs 1 through 8, 13 through 19 and 23 through 33 inclusive of this complaint with the same force and effect as if herein again set forth in detail.

44.     As a result of the high quality and widespread consumer appeal of the BBW products that feature the BBW Trade Dresses that are packaged and offered to consumers in the distinctive BBW Ridged Bottle Trade Dress, the BBW Tube Trade Dress, the BBW Splash Bottle Trade Dress, and the BBW Pump Bottle Trade Dress, BBW products that bear the BBW Trade Dresses are well known and have acquired a strong worldwide reputation for excellence in personal care.   The BBW Trade Dresses are associated with BBW products and, because consumers identify BBW as the source of the BBW Trade Dresses, the Trade Dresses have

COMPLAINT

1   acquired secondary meaning.

2       45.    The BBW Ridged Bottle Trade Dress, the BBW Tube Trade

3   Dress, the BBW Splash Bottle Trade Dress, and the BBW Pump Bottle Trade Dress

4   are inherently distinctive product packaging and are nonfunctional.

5       46.    BBW is and will be damaged by the aforementioned false

6   designations, false descriptions and false representations in that the public is likely

7   to be induced into dealing with Defendant in the mistaken belief that Defendant's

8   personal care products are BBW products, that Defendant and its personal care

9   products are authorized by BBW, are endorsed by BBW, or sponsored by BBW, or

10  licensed by BBW, or are connected in some way with BBW.

11      47.    The acts and conduct of the Defendant described herein are

12  likely to cause confusion, mistake, or to deceive as to the affiliation, connection, or

13  association of Defendant with BBW, or as to the origin, sponsorship, or approval of

14  Defendant's goods, services, or commercial activities in violation of Section 43(a)

15  of the Lanham Act, 15 U.S.C. § 1125(a).

16  **COUNT V**

17  **FEDERAL TRADEMARK INFRINGEMENT**

18      48.    BBW repeats and incorporates herein by reference each and

19  every one of the allegations contained in paragraphs 1 through 8 and 20 through 33

20  inclusive of this complaint with the same force and effect as if herein again set forth

21  in detail.

22      49.    Upon information and belief, Defendant has caused to be

23  advertised, promoted, and offered goods bearing a HEALTH & BEAUTY BODY

24  ESSENTIALS SPECTRUM COSMETICS black circular seal that is confusingly

25  similar to BBW's registered BATH & BODY WORKS CLASSICS Mark with

26  circular seal design.  Defendant's advertising, promotion, and offering of these

27  goods are likely to cause confusion, to cause mistake, or to deceive persons into the

28

- 13 -

LAimanage/97000/00002/603279/1

1  erroneous belief that the goods that Defendant is advertising, promoting, and

2  offering are authorized by BBW, or are endorsed by BBW, or are sponsored by or

3  are in some way connected with BBW.

4      50.   Upon information and belief, the aforementioned acts and

5  conduct of the Defendant are and were carried out with the intent and purpose of

6  appropriating and trading upon the goodwill and reputation of BBW's BATH &

7  BODY WORKS CLASSICS Mark.

8      51.   Defendant's acts constitute willful and deliberate infringement

9  of BBW's federally registered BATH & BODY WORKS CLASSICS Mark in

10  violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114.

11                          **COUNT VI**

12              **FEDERAL UNFAIR COMPETITION AND**

13                **FALSE DESIGNATION OF ORIGIN**

14      52.   BBW repeats and incorporates herein by reference each and

15  every one of the allegations contained in paragraphs 1 through 8 and 13 through 33

16  inclusive of this complaint with the same force and effect as if herein again set forth

17  in detail.

18      53.   Defendant's unauthorized use in interstate commerce of BBW's

19  Ridged Bottle Trade Dress, BBW's Tube Trade Dress, and the BATH & BODY

20  WORKS CLASSICS Mark misrepresents and falsely describes to the public the

21  origin and source of the Spectrum Infringements and creates a likelihood of

22  confusion among consumers as to both the source and sponsorship of the Spectrum

23  Infringements.

24      54.   Defendant's unlawful, unauthorized and unlicensed

25  manufacturing, advertising, distributing, offering for sale and/or selling of the

26  Spectrum Infringements creates express and implied misrepresentations that falsely

27  imply BBW's authorization or approval of the Spectrum Infringements, to

28

- 14 -                                        COMPLAINT

Spectrum's benefit and BBW's detriment.

55.     Defendant's false, misleading and infringing activities are likely to cause confusion among the general public as to the origin or sponsorship of the Spectrum Infringements.

56.     Defendant's wrongful acts and conduct constitute unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

## COUNT VII

## CALIFORNIA STATUTORY UNFAIR COMPETITION

57.     BBW repeats and incorporates herein by reference each and every one of the allegations contained in paragraphs 1 through 8 and 13 through 33 inclusive of this complaint with the same force and effect as if herein again set forth in detail.

58.     Defendant's acts and conduct constitute unfair competition in violation of Section 17200 et seq. of the California Business and Professions Code.

59.     Defendant is making unauthorized commercial use of the BBW marks and trade dress in a deliberate and intentional effort to trade on the goodwill and reputation associated with BBW's marks and trade dress.

60.     Defendant's acts and conduct constitute unlawful, unfair, and/or fraudulent business practices.

61.     As a direct result of Defendant's unfair practices, Defendant has unlawfully acquired, and continues to acquire by virtue of its ongoing conduct, an unfair competitive advantage and has engaged, and is continuing to engage, in wrongful business conduct to its benefit and to BBW's disadvantage.

62.     The illegal and unfair business practices alleged herein are ongoing, and injunctive relief under California Business and Professions Code Section 17203 is required to prevent further violations by Defendant.

- 15 -

COMPLAINT

## COUNT VIII

## CALIFORNIA COMMON LAW UNFAIR COMPETITION

63.    BBW repeats and incorporates herein by reference each and every one of the allegations contained in paragraphs 1 through 8 and 13 through 33 inclusive of this complaint with the same force and effect as if herein again set forth in detail.

64.    Defendant's acts and conduct constitute unfair competition in violation of the common law of the State of California.

65.    In addition to harming the public, Defendant's acts and conduct have caused BBW to suffer substantial damage and irreparable injury, which cannot be fully ascertained at this time.

66.    If Defendant's acts and conduct are not enjoined, BBW will continue to suffer irreparable harm and injury to its goodwill and business reputation.

67.    Defendant's acts and conduct were undertaken consciously and with the express purpose of obtaining an unfair advantage over BBW in willful disregard of BBW's rights.  Additionally, Defendant's aforementioned acts and conduct were and are malicious, oppressive and/or fraudulent.

WHEREFORE, BBW prays:

A.    Judgment finding that Defendant has infringed U.S. Design Patent No. Des. 378,193 and is liable to BBW for patent infringement.

B.    Judgment finding that Defendant has infringed U.S. Design Patent No. Des. 376,541 and is liable to BBW for patent infringement.

C.    Judgment finding that Defendant has infringed U.S. Design Patent No. Des. 370,413 and is liable to BBW for patent infringement.

D.    That Defendant, its officers, directors, agents, servants, employees, attorneys and all persons, firms and corporations in active concert or

- 16 -

COMPLAINT

participation with it or any of them, be preliminarily and permanently enjoined and restrained from:

    (1)    Infringing U.S. Design Patent No. Des. 378,193;

    (2)    Infringing U.S. Design Patent No. Des. 376,541; and

    (3)    Infringing U.S. Design Patent No. Des. 370,413.

    (4)    Directly or indirectly infringing the BBW Trade Dresses by manufacturing or causing to be manufactured, or by purchasing or causing to be purchased, or by offering for sale or by selling merchandise bearing the BBW Trade Dresses or any confusingly similar trade dress;

    (5)    Directly or indirectly infringing the BBW Trademark by manufacturing or causing to be manufactured, or by purchasing or causing to be purchased, or by offering for sale or by selling merchandise bearing the BBW Trademark or any confusingly similar mark;

    (6)    Representing or suggesting in any manner that Defendant's Spectrum Infringements are approved by, licensed by, endorsed by, or sponsored by BBW, or that Defendant and BBW are affiliated or connected in any way; and

    (7)    Otherwise infringing BBW's trademarks, trade dress, design patents, or competing unfairly with BBW;

    (8)    Selling, offering, or displaying the Spectrum Infringements over its website, at trade shows, or in any other commercial forum or manner.

    E.    That Defendant be required to forthwith deliver up to BBW for destruction any and all merchandise in its possession, custody, or control which would otherwise violate any of the aforesaid injunctions;

    F.    That Defendant be further required to deliver up to BBW for destruction any and all labels, signs, prints, packages, wrappers, receptacles, advertising, promotional and other material in its possession, custody or control displaying or promoting any of the Spectrum Infringements;

COMPLAINT

LAimanage/97000/00002/603279/1

G.     That Defendant be ordered to identify and provide the names and addresses of all manufacturers and/or third parties that were contracted to or assisted in the creation, manufacture and import of the Spectrum Infringements.

H.     That Defendant be ordered, pursuant to 15 U.S.C. § 1116(a), to file with the Court and serve upon BBW's counsel, within thirty (30) days of the entry of the injunctions and orders prayed for herein, a written report under oath setting forth in detail the form and manner in which it has complied with said injunctions and orders;

I.     An accounting by Defendant to BBW for any and all profits derived by it, and for all damages caused BBW by reason of Defendant's acts complained of herein, and that such award be trebled pursuant to § 35 of the Lanham Act, 15 U.S.C. § 1117 and/or 35 U.S.C. §§ 284, 289;

J.     That damages be awarded to BBW in the full amount BBW has sustained as a consequence of Defendant's acts, trebled where provided by law pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117;

K.     That BBW be awarded punitive damages to the extent permissible under California law;

L.     That BBW has and recover from Defendant, BBW's reasonable attorneys' fees, costs and disbursements of this civil action pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117 and/or 35 U.S.C. § 285; and

M.     That BBW has such other and further relief as the Court may deem just and proper.

COMPLAINT

LAimanage/97000/00002/603279/1

1    Dated:       February 5, 2008            TUCKER, ELLIS & WEST LLP

2

3                                            By: _____

4                                               Anne Swoboda Cruz
                                                Attorneys for Plaintiff
5    Frank J. Colucci
     (*Will Apply for Admission Pro Hac Vice*)
6    David M. Dahan
     (*Will Apply for Admission Pro Hac Vice*)
7    COLUCCI & UMANS
     218 East 50th Street
8    New York, New York 10022
     Telephone:  (212)  935-5700
9    Facsimile:  (212)  935-5728
     Emails: FColucci@colucci-umans.com
10           DDahan@colucci-umans.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   - 19 -

                                                          COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a jury trial on all claims and issues so triable.

Dated:        February $\underline{5}$, 2008          TUCKER, ELLIS & WEST LLP

By: _____
Anne Swoboda Cruz
Attorneys for Plaintiff

Frank J. Colucci
(*Will Apply for Admission Pro Hac Vice*)
David M. Dahan
(*Will Apply for Admission Pro Hac Vice*)
COLUCCI & UMANS
218 East 50th Street
New York, New York 10022
Telephone:  (212)  935-5700
Facsimile:  (212)  935-5728
Emails: FColucci@colucci-umans.com
            DDahan@colucci-umans.com

- 20 -

COMPLAINT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV08- 772 R (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a)  PLAINTIFFS** (Check box if you are representing yourself ☐ )

Bath & Body Works, Inc.; a Delaware Corporation

**DEFENDANTS**

Spectrum Cosmetics Corp., d/b/a/ Fragrance House, a California Corporation

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): **State of Ohio**

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): **Los Angeles**

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Jean A. Hobart, Esq.
Anne S. Cruz, Esq.
TUCKER ELLIS & WEST LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071
(213) 430-3400

Attorneys (If Known)

---

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV.  ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. Sections 1125 and 1121

---

**VII.  NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litig. |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | **REAL PROPERTY** | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determina- tion Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

---

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  ☒ No  ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____

---

CV-71 (07/05)                    CIVIL COVER SHEET                    Page 1 of 2

**CV08-00772**

CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). **RELATED CASES:** Have any cases been previously filed that are related to the present case?  [X] No  [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above
in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.

State of Ohio

List the California County, or State if other than California, in which **EACH** named defendant resides.   (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles County

**List the California County**, or State if other than California, in which **EACH** claim arose.   (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date February 5, 2008

Anne S. Cruz

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM**
Authority for Civil Cover Sheet

The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a) PLAINTIFFS - DEFENDANTS. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a Government Agency use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: in land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section ("see attachment"). Refer to Local Rules 83-2.7 and 41-6 for further information regarding change of attorney name, address, firm association, phone number, fax number or e-mail address, and dismissal of action for failure of pro se plaintiff to keep Court apprised of current address.

II. JURISDICTION. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdiction be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States Plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States Defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal Question. (3) This refers to suits under 28 U.S.C. 1331 where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, and act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code take precedence and box 1 or 2 should be marked.

Diversity of Citizenship. (4) This refers to suits under 28 U.S.C. 1332 where parties are citizens of different states. When box 4 is checked, the citizenship of the different parties must be checked. (See Section III below.) (Federal question actions take precedence over diversity cases.)

III. RESIDENCE (CITIZENSHIP) OF PRINCIPAL PARTIES. This section of the CV-71 (JS-44) is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. ORIGIN. Place an "X" in one of the seven boxes:

(1) Original Proceedings. Cases which originate in the United States District Courts.

(2) Removed from State Court. Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C. Section 1441. When the petition for removal is granted, check this box.

(3) Remanded from Appellate court. Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

(4) Reinstated or Reopened. Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

(5) Transferred from Another District. For cases transferred under Title 28 U.S.C. Section 1404(a). DO NOT use this for within-district transfers or multidistrict litigation transfers. When this box is checked, DO NOT check (6) below.

(6) Multidistrict Litigation. Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, DO NOT check (5) above.

(7) Appeal to District Judge from Magistrate Judge Judgment. Check this box for an appeal from a magistrate judge's decision.

V. REQUESTED IN COMPLAINT.
Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VI. CAUSE OF ACTION. Report the civil statute directly related to the cause of action and give a brief description of the cause of action. Do not cite jurisdictional statues unless diversity.    Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII. NATURE OF SUIT. Place an "X" in the appropriate box. MARK ONE BOX ONLY. If the cause of action fits more than one nature of suit, select the one that best describes your cause of action.

VIII(a) IDENTICAL CASES. Indicate if an identical action has previously been filed and dismissed, remanded or closed. Insert the docket number and judge's name, if applicable.

VIII(b) RELATED CASES. This section of the CV-71 (JS-44) is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge's name for each case. Check all boxes that apply.

IX. VENUE. This section of the CV-71 (JS-44) is used to identify the correct division in which the case will be filed. Please remember to indicate the residence of EACH plaintiff and defendant and the county or state in which each claim arose.

If the United States government or an agency thereof is a plaintiff or defendant, place an "X" in the appropriate box. Indicate the residence of other parties, if any.

In each category: for each party and claim, indicate the county, if in California. If other than California, you need only to list the state or country.

X. Attorney or party appearing pro per must sign and date this form.