1  Jean A. Hobart (S.B. # 146993)
   j.hobart@tuckerellis.com
2  Bart L. Kessel (S.B. #125080)
   bart.kessel@tuckerellis.com
3  Anne Swoboda Cruz (S.B. #229819)
   anne.cruz@tuckerellis.com
4  TUCKER, ELLIS & WEST LLP
   515 South Flower Street
5  Forty Second Floor
   Los Angeles, California 90071
6  Telephone:   (213) 430-3400
   Facsimile:   (213) 430-3409
7
   Frank J. Colucci (*Admitted Pro Hac Vice*)
8  fcolucci@colucci-umans.com
   David M. Dahan (*Admitted Pro Hac Vice*)
9  ddahan@colucci-umans.com
   COLUCCI & UMANS
10 218 E. 50th Street
   New York, New York 10022
11 Telephone:   (212) 935-5700
   Facsimile:   (212) 935-5728
12
   Attorneys for Plaintiff,
13 Bath & Body Works, Inc.

14

15                UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17                     WESTERN DIVISION

18 BATH & BODY WORKS, INC., a          Civil Action No.
   Delaware corporation,               CV08-00772 R (FMOx)
19
                  Plaintiff,
20
        v.                             **FINAL JUDGMENT AND
21                                      INJUNCTION ON CONSENT**
   SPECTRUM COSMETICS CORP.,
22 d/b/a/ FRAGRANCE HOUSE, a
   California corporation,
23
                  Defendant.
24

25        This civil action having come before the Court on the application of

26 plaintiff, BATH & BODY WORKS, INC. ("BBW"), and defendant, SPECTRUM

27 COSMETICS CORP., d/b/a/ FRAGRANCE HOUSE ("Spectrum"), and the Court

28 being advised that the parties have compromised their differences and have agreed

1  to the termination of this civil action in accordance with the following stipulated

2  findings and conclusions and the entry of this Final Consent Judgment and

3  Permanent Injunction:

4          NOW, THEREFORE, upon the consent of the parties hereto, it is

5  hereby ORDERED AND DECREED that:

6          1.     This Court has jurisdiction over the parties and BBW's claims of

7  federal patent infringement under 35 U.S.C. § 271; federal trade dress infringement,

8  unfair competition, and false designation of origin in violation of Section 43(a) of

9  the Lanham Act, 15 U.S.C. § 1125(a); federal trademark infringement in violation

10  of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114; unfair competition in

11  violation of California Business and Professions Code Section 17200 et seq.; unfair

12  competition under the common law of the State of California, and venue of this

13  action is proper in this district.

14          2.     BBW owns the BBW Design Patents, specifically, U.S. Design

15  Patent No. Des. 378,193, entitled "Pair of Surface Details For An Oval Bottle"

16  (Compl. ¶ 9; Ex. 1), U.S. Design Patent No. Des. 376,541, entitled "Oval Bottle"

17  (Compl. ¶ 10; Ex. 2), and U.S. Design Patent No. Des. 370,413, entitled "Cap For

18  Bottle" (Compl. ¶ 11; Ex. 3), which BBW uses in connection with its packaging for

19  personal care products.  The BBW Design Patents have been in use long before

20  Spectrum developed its infringing packaging.

21          3.     Prior to the acts of Spectrum alleged herein, BBW adopted, used,

22  and has continually used the BBW Trade Dresses, specifically, the Grip Bottle

23  Trade Dress (Compl. ¶ 13; Ex. 4), the Tube Trade Dress (Compl. ¶ 14; Ex. 5), the

24  Splash Bottle Trade Dress (Compl. ¶ 15; Ex. 6), and the Soap Bottle Trade Dress

25  (Compl. ¶ 16; Ex. 7).  BBW uses the BBW Trade Dresses on and in connection

26  with the manufacture and sale of its personal care products in intrastate, interstate

27  and foreign commerce.

28

-2-

4.     BBW also owns the BATH & BODY WORKS CLASSICS Mark, U.S. Registration No. 3,251,004 (Compl. ¶¶ 20-21; Ex. 8), which BBW has adopted and continually used in commerce since as early as December 29, 2005 on and in connection with its personal care products.

5.     Spectrum acknowledges that, without the authorization, consent or knowledge of BBW and without any remuneration to BBW, it has obtained, manufactured, caused to be manufactured, displayed, sold, advertised, and distributed personal care products (the "Spectrum Products") that BBW contends infringe the BBW Design Patents, the BBW Trade Dresses, and the BATH & BODY WORKS CLASSICS Mark.  (Compl. ¶¶ 23-33; Exs. 9-10.)

6.     Spectrum, and its officers, directors, agents, servants, employees, attorneys, representatives, assigns, and any and all persons, firms and corporations who are in active concert or participation or otherwise in privity with it or them or any of them, are hereby permanently enjoined and restrained from:

(A)     Infringing U.S. Design Patent No. Des. 378, 193;

(B)     Infringing U.S. Design Patent No. Des. 376,541;

(C)     Infringing U.S. Design Patent No. Des. 370,413;

(D)     Directly or indirectly infringing the BBW Trade Dresses by manufacturing, purchasing, marketing, advertising, displaying, selling, or offering for sale merchandise bearing the BBW Trade Dresses or any confusingly similar trade dress;

(E)     Directly or indirectly infringing the BBW Trademark by manufacturing, purchasing, marketing, advertising, displaying, selling, or offering for sale merchandise bearing the BATH & BODY WORKS CLASSICS Mark or any confusingly similar mark;

(F)     Using any false or deceptive designation, representation, design or description, or engaging in any act or series of acts, which either alone or in

FINAL JUDGMENT AND
INJUNCTION ON CONSENT
Case No. CV08-00772 R (FMOx)

1  combination constitute deceptive trade practices or unfair methods of competition

2  with BBW, and/or otherwise interfering with or injuring the business reputation or

3  goodwill of BBW;

4          (G)    Representing or suggesting in any manner that any of

5  Spectrum's products are approved by, licensed by, endorsed by, or sponsored by

6  BBW, or that Spectrum and BBW are affiliated or connected in any way, unless

7  such products are officially licensed by BBW; and

8          (H)    Otherwise infringing BBW's trademarks, trade dress, design

9  patents, or competing unfairly with BBW.

10          7.    Spectrum hereby:

11          (a)    Represents and warrants that it has produced to BBW a complete

12  list of the manufacturers or other third parties with whom Spectrum contracted to

13  produce, create, import, and/or distribute the Spectrum Products;

14          (b)    Represents and warrants that it has produced to BBW a complete

15  list of all customers to whom Spectrum sold the Spectrum Products, with the

16  addresses thereof;

17          (c)    Represents and warrants that it has destroyed and/or delivered

18  for destruction any and all inventory, merchandise, labels, signs, prints, packages,

19  wrappers, receptacles, advertising, promotional and other material in Spectrum's

20  possession, custody, or control, which relate to the Spectrum Products;

21          (d)    Represents and warrants that it has produced to BBW complete

22  information regarding Spectrum's remaining inventory of the Spectrum Products;

23          (e)    Represents and warrants that it has canceled all pending orders

24  for the Spectrum Products;

25          (f)    Represents and warrants that it has furnished BBW with all

26  records regarding the importation into the United States of the Spectrum Products;

27  and

28

FINAL JUDGMENT AND
INJUNCTION ON CONSENT
Case No. CV08-00772 R (FMOx)

(g)     Agrees that it will reimburse BBW for its attorney's fees, costs, and disbursements incurred in connection with this matter in the amount of $1,750.

8.     Spectrum releases BBW from any and all claims arising out of the subject matter of this action.

9.     Except for the obligations created by this Final Judgment and Injunction on Consent, BBW releases Spectrum from any and all claims arising out of the subject matter of this action.

10.     This Final Judgment and Injunction on Consent shall be binding upon the parties, their heirs, successors and assigns.

11.     Jurisdiction is retained by this Court for the purpose of enabling the parties to apply to this Court at any time for such further orders or direction as may be necessary for the interpretation or implementation hereof, compliance herewith, or the punishment of violations hereof with respect to the Spectrum Products.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Final Judgment and Injunction on Consent, along with payment by Spectrum to BBW of a confidential settlement amount, is in full settlement of all claims and defenses, whether known or unknown, which the parties had or could have had against each other from the beginning of the world until the date of this Order, including, but not limited to, those claims and defenses that were or could have been raised in this litigation; however, nothing in this Final Judgment and Injunction on Consent waives:

(a)     BBW's right to enforce the terms of this Final Consent Judgment;

(b)     BBW's affirmative rights under federal and/or common law including, but not limited to, inter alia, a motion for civil contempt, monetary sanctions, reasonable attorneys' fees and costs, lost profits, treble damages, and/or

1    punitive damages should such an action or motion be warranted by Spectrum's

2    future conduct, which is not the subject of either BBW's Complaint herein or this

3    Final Judgment and Injunction on Consent; and

4              (c)    Spectrum's right to raise any defense to any future claims raised

5    by BBW that are not the subject of either BBW's Complaint herein or this Final

6    Judgment and Injunction on Consent.

7

8    Entry of the foregoing Final Judgment and Injunction is hereby consented to:

9

10

11   SPECTRUM COSMETICS CORP.              BATH & BODY WORKS, INC.

12

13   By_____              By_____
     Name: MINH THAI                       Name:
14   Title: CEO                            Title:

15

16   APPROVED AS TO FORM:
17   COLUCCI & UMANS                        DAVID L. PRINCE

18

19   By_____              By_____
     Frank J. Colucci (FC 8441)            David L. Prince, Cal Bar 113599
20   218 East 50th Street                   1912 East Vernon Avenue, Ste. 100
21   New York, New York 10022               Los Angeles, California 90058
     Telephone:  (212) 935-5700             Telephone: (323) 234-2989
22   Facsimile: (212) 935-5728              Telefax:  (323) 234-2619
23   Email: fcolucci@colucci-umans.com      Email: DLP@redchamber.com
     Attorneys for Plaintiff                Attorney for Defendant
24

25

26        IT IS SO ORDERED AND ADJUDGED

27   DATE_____ may 20, 2008
28
     _____              - 6 -        FINAL JUDGMENT AND
     U.S. DISTRICT COURT JUDGE                                INJUNCTION ON CONSENT
                                                              Case No. CV08-00772 R (FMOx)

1 | punitive damages should such an action or motion be warranted by Spectrum's

2 | future conduct, which is not the subject of either BBW's Complaint herein or this

3 | Final Judgment and Injunction on Consent; and

4 |        (c)   Spectrum's right to raise any defense to any future claims raised

5 | by BBW that are not the subject of either BBW's Complaint herein or this Final

6 | Judgment and Injunction on Consent.

7 |

8 | Entry of the foregoing Final Judgment and Injunction is hereby consented to:

9 |

10 |

11 | SPECTRUM COSMETICS CORP.        BATH & BODY WORKS, INC.

12 |

13 | By_____      By_____

Name:                         Name: Andrew Meslow

14 | Title:                           Title:  EVP

15 |

16 | APPROVED AS TO FORM:

17 | COLUCCI & UMANS                 DAVID L. PRINCE

18 |

19 | By_____      By_____

Frank J. Colucci (FC 8441)        David L. Prince, Cal Bar 113599

20 | 218 East 50th Street              1912 East Vernon Avenue, Ste. 100

21 | New York, New York 10022       Los Angeles, California 90058

Telephone: (212) 935-5700       Telephone: (323) 234-2989

22 | Facsimile: (212) 935-5728        Telefax: (323) 234-2619

23 | Email: fcolucci@colucci-umans.com  Email: DLP@redchamber.com

Attorneys for Plaintiff               Attorney for Defendant

24 |

25 |

26 |

27 |

28 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071.

On May 14, 2008, I served the foregoing document entitled **FINAL JUDGMENT AND INJUNCTION ON CONSENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Bruce Brunda, Esq.<br>STETINA BRUDNA GARRED & BRUCKER<br>75 Enterprise, Suite 250<br>Aliso Viejo, CA 92656<br>Telephone:  949-855-1246<br>Facsimile:  949-855-6371 | *Attorneys for Defendants*<br>FOREVER 21, INC., FOREVER 21 RETAIL, INC. and<br>FOREVER 21 LOGISTICS, LLC |

( )   By Mail, *[Code of Civil Procedure §§ 1013 and 1013(a)*. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Los Angeles, California. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

( )   By Facsimile Machine, *[Code of Civil Procedure §§ 1013(e) and (f)]*. From facsimile number 213.430.3403 to the fax number(s) listed on the attached service list. The facsimile machine used complied with Rule 2008 and no error was reported by the machine.

(√)   By Electronic Filing Service, *[Code of Civil Procedure § 1010.6]*. My electronic business address is shirley.forster@tuckerellis.com and I caused the above-mentioned document to be electronically served through the LexisNexis/Verilaw System for the above-entitled case to those parties on the attached Service List maintained on the LexisNexis/Verilaw's website for this case. The file transmission was reported as complete and a copy of the Filing/Service Receipt will be maintained with the original document in our office.

TUCKER ELLIS & WEST LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California
90071-2223

PROOF OF SERVICE

LAimanage/11177/00001/607282/1

(√)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court and whose direction this service was made.

Executed on May 14, 2008, at Los Angeles, California.


__Shirley J. Forster__                                    __/s/Shirley J. Forster__
Printed Name                                                      Signature

TUCKER ELLIS & WEST LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California
90071-2223

PROOF OF SERVICE

LAimanage/11177/00001/607282/1